**AMENDED**

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

AO 10
Rev. 1/2007

| 1. Person Reporting (last name, first, middle initial) BECKWITH, SANDRA S | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 06/20/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  810 Potter Stewart Courthouse 100 East Fifth Street Cincinnati, Ohio 45202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 25 A 11: 23 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 06/20/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/15/06 | Thomson/West - Teaching | $ 500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Antique Business |
| 2. 2006 | Metropolitan Sewer District-Personnel Director |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 06/20/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

|X| NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

|X| NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank Portfolio | | | | | | | | | |
| 2. Citigroup, Inc. - Common Stock | B | Dividend | K | T | | | | | |
| 3. General Electric Corp. - Common Stock | A | Dividend | J | T | Sell Part | 1/30 | K | D | |
| 4. BP Amoco PLC - Common Stock | A | Dividend | K | T | | | | | |
| 5. Johnson and Johnson - Common Stock | A | Dividend | K | T | | | | | |
| 6. Microsoft Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 7. Proctor & Gamble - Common Stock | A | Dividend | K | T | | | | | |
| 8. First America Prime Obligation Fund | B | Interest | L | T | | | | | |
| 9. Sysco Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 10. Emerson Electric Co. 7.125% 8/15/10 | B | Interest | K | T | | | | | |
| 11. Ohio State Infrastructure Impt. Series A 4.87% 8/1/14 | B | Interest | L | T | | | | | |
| 12. Deere and Company - Common Stock | A | Dividend | K | T | | | | | |
| 13. I Shares TR - DJ U.S. Healthcare Sector - Common Stock | A | Dividend | K | T | | | | | |
| 14. I Shares -DJ U.S. Technology Sector - Common Stock | A | Dividend | K | T | | | | | |
| 15. Apache Corporation - Common Stock | A | Dividend | | | Sell All | 2/16 | J | D | |
| 16. Schlumberger, Ltd. - Common Stock | A | Dividend | K | T | Split | 4/7 | | | |
| 17. I Shares Japan Index Fund | | None | | | Sell All | 2/10 | K | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. I Shares MSCI Hong Kong Index Fund | | None | | | Sell All | 6/22 | K | D | |
| 19. U.S. Treasury IP 2.000% 1/15/14 | B | Interest | | | Sold | 8/14 | L | C | |
| 20. I Shares FTSE/XINHUA China 25 Index Fund | A | Dividend | K | T | | | | | |
| 21. I Shares MSCI Mexico - Common Stock | | None | | | Sell All | 7/17 | J | C | |
| 22. I Shares DJ Select - Common Stock | A | Dividend | J | T | | | | | |
| 23. Paccar, Inc. - Common Stock | A | Dividend | | | Sell All | 2/2 | J | A | |
| 24. Varian Medical Systems, Inc. - Common Stock | | None | | | Sell All | 5/2 | J | B | |
| 25. BASFAGADAR - Common Stock | | None | | | Sell All | 2/2 | J | A | |
| 26. Aqua America, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 27. Dell, Inc. - Common Stock | | None | | | Sell All | 1/5 | J | | |
| 28. Exelon Corporation - Common Stock | A | Dividend | J | T | | | | | |
| 29. I Shares Lehman 13 yrs. Trs Bd | B | Interest | | | Sell All | 8/9 | K | | |
| 30. U.S. Treasury 1.875% 12/31/05 | A | Interest | | | | | | | |
| 31. American Int'l Group, Inc. - Common Stock | A | Dividend | J | T | Buy | 1/5 | J | | |
| 32. Amgen, Inc. - Common Stock | | None | | | Buy | 1/10 | K | | |
| 33. Amgen, Inc. - Common Stock | | | | | Sell All | 12/13 | J | | |
| 34. Caterpillar, Inc. - Common Stock | A | Dividend | | | Buy | 1/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Caterpillar, Inc. - Common Stock | | | | | Sell All | 11/20 | K | A | |
| 36. Dril-Quip, Inc. - Common Stock | | None | K | T | Buy | 1/15 | K | | |
| 37. Dril-Quip, Inc. - Common Stock | | | | | Split | 10/5 | | | |
| 38. PT Telekomunikasi Indonesia ADR - Common Stock | A | Dividend | K | T | Buy | 1/5 | K | | |
| 39. Vodafone Group, Inc. - Common Stock | A | Dividend | | | | | | | |
| 40. FHLB Deb. 5.100% 3/6/08 | B | Interest | K | T | Buy | 3/27 | K | | |
| 41. FHLB Deb. 5.250% 3/2/09 | B | Interest | K | T | Buy | 3/27 | K | | |
| 42. Pepsico, Inc. - Common Stock | A | Dividend | J | T | Buy | 7/31 | J | | |
| 43. Baker Hughes, Inc. - Common Stock | A | Dividend | | | Buy | 8/9 | K | | |
| 44. Baker Hughes, Inc. - Common Stock | | | | | Sell All | 12/13 | K | | |
| 45. U.S. Treasury Note 4.625% 8/31/11 | | None | K | T | Buy | 8/11 | K | | |
| 46. U.S. Treasury Note 4.875% 8/15/09 | | None | L | T | Buy | 8/30 | K | | |
| 47. Cincinnati Police Credit Union | A | Interest | K | T | | | | | |
| 48. Public Employees Deferred Comp. #1 | D | Dividend | L | T | | | | | |
| 49. Public Employees Deferred Comp. #2 | F | Dividend | O | T | | | | | |
| 50. Public Employees Deferred Comp. #3 | E | Dividend | M | T | | | | | |
| 51. U.S. Bank IRA I | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Prime Oblication Fund Class I | A | Interest | J | T | | | | | |
| 53. Walgreen Company - Common Stock | A | Dividend | J | T | | | | | |
| 54. Pfizer, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 55. Dell, Inc. - Common Stock | | None | | | Sell All | 1/30 | J | A | |
| 56. Astrazeneca PLC - Common Stock | A | Dividend | J | T | Buy | 1/30 | J | | |
| 57. U.S. Bank IRA II | | | | | | | | | |
| 58. First American Prime Obligation Fund | A | Interest | J | T | | | | | |
| 59. Walgreen Company - Common Stock | A | Dividend | J | T | | | | | |
| 60. FPL Group, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 61. Proctor & Gamble - Common Stock | A | Dividend | J | T | | | | | |
| 62. U.S. Bank IRA III | | | | | | | | | |
| 63. Pfizer, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 64. Lowe's Cos, Inc. - Common Stock | A | Dividend | | | Split | 7/3 | | | |
| 65. Lowe's Cos, Inc. - Common Stock | | | | | Sell All | 7/21 | K | C | |
| 66. First American Prime Obligation Fund | A | Interest | K | T | | | | | |
| 67. I Shares GS$ Investop Corporate Bond | A | Interest | J | T | Name Change | 11/1 | | | |
| 68. Varian Medical Sys., Inc. - Common Stock | | None | | | Sell All | 5/2 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Paccar, Inc. - Common Stock | A | Dividend | | | Sell All | 1/30 | J | A | |
| 70. BASFAGADR - Common Stock | | None | | | Sell All | 1/30 | J | A | |
| 71. I Shares Lehman 13 yrs. Trs Bd | A | Interest | | | Sell All | 8/9 | K | | |
| 72. Infosys Technologies - Common Stock | A | Dividend | K | T | Buy | 1/30 | K | | |
| 73. Infosys Technologies - Common Stock | | | | | Split | 7/17 | | | |
| 74. FPL Group, Inc. - Common Stock | A | Dividend | J | T | Buy | 6/2 | J | | |
| 75. Loews Corp. - Common Stock | A | Dividend | K | T | Buy | 8/23 | K | | |
| 76. Apple Computer, Inc. | | None | K | T | Buy | 10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 06/20/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Items 2 through 46 are the U.S. Bank Portfolio

NOTE - on the 2005 Financial Disclosure Form two errors occurred:
(1) Item 39 is a duplicate of Item 7
(2) Item 27 incorrectly listed "J Shares MSCI Mexico". This should be "I shares MSCI Mexico"

Items 27, 29, 33, 44 & 71 sold at losses

Item 30 reflects interest received in 2006 although the note matured on 12/31/05

Item 39 reflects dividend received after sale of the stock on 12/16/05 as shown on my 2005 Financial Disclosure Report (Line 22)

Items 52 through 56 are U.S. Bank IRA I

Items 58 through 61 are U.S. Bank IRA II

Items 63 through 76 are U.S. Bank IRA III

Item 67 New Name I Shares Iboxx & Investment Grade Corp. Bond Fund LQD

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date  6/20/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### 500 POYDRAS STREET
### NEW ORLEANS, LOUISIANA 70130

CHAMBERS OF
HELEN G. BERRIGAN
CHIEF JUDGE

(504) 589-7515

July 20, 2007

The Hon. Ortrie D. Smith, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington D.C. 20544

Dear Judge Smith:

This is in reply to your letter of June 20, 2007. My apologies for sending in a report that wasn't entirely thorough.

Specifically, your letter referenced Part VII, page 5, lines 22-24 in which I listed Wrigley WM Jr. Co., Bank of America Corp., and Johnson & Johnson, all as common stock. They had not appeared on a prior report.

Those stocks were purchased for cash on November 15, 2006. In each case, the Value Code is J, and the Gain Code is A.

Sincerely,



Helen G. B.

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>BECKWITH, SANDRA S | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>04/24/2007 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
|---|---|---|

| 7. Chambers or Office Address<br><br>810 Potter Stewart Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY -1 P 12: 19 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/24/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/15/06 | Thomson/West - Teaching | $ 500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Antique Business |
| 2. 2006 | Metropolitan Sewer District-Personnel Director |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/24/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank Portfolio | | | | | | | | | |
| 2. Citigroup, Inc. - Common Stock | B | Dividend | K | T | | | | | |
| 3. General Electric Corp. - Common Stock | A | Dividend | J | T | Sell Part | 1/30 | K | D | |
| 4. BP Amoco PLC - Common Stock | A | Dividend | K | T | | | | | |
| 5. Johnson and Johnson - Common Stock | A | Dividend | K | T | | | | | |
| 6. Microsoft Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 7. Proctor & Gamble - Common Stock | A | Dividend | K | T | | | | | |
| 8. First America Prime Obligation Fund | B | Interest | L | T | | | | | |
| 9. Sysco Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 10. Emerson Electric Co. 7.125% 8/15/10 | B | Interest | K | T | | | | | |
| 11. Ohio State Infrastructure Impt. Series A 4.87% 8/1/14 | B | Interest | L | T | | | | | |
| 12. Deere and Company - Common Stock | A | Dividend | K | T | | | | | |
| 13. I Shares TR - DJ U.S. Healthcare Sector - Common Stock | A | Dividend | K | T | | | | | |
| 14. I Shares -DJ U.S. Technology Sector - Common Stock | A | Dividend | K | T | | | | | |
| 15. Apache Corporation - Common Stock | A | Dividend | | | Sell All | 2/16 | J | D | |
| 16. Schlumberger, Ltd. - Common Stock | A | Dividend | K | T | Split | 4/7 | | | |
| 17. I Shares Japan Index Fund | | | | | Sell All | 2/10 | K | D | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. I Shares MSCI Hong Kong Index Fund | | | | | Sell All | 6/22 | K | D | |
| 19. U.S. Treasury IP 2.000% 1/15/14 | B | Interest | | | Sold | 8/14 | L | C | |
| 20. I Shares FTSE/XINHUA China 25 Index Fund | A | Dividend | K | T | | | | | |
| 21. I Shares MSCI Mexico - Common Stock | | | | | Sell All | 7/17 | J | C | |
| 22. I Shares DJ Select - Common Stock | A | Dividend | J | T | | | | | |
| 23. Paccar, Inc. - Common Stock | A | Dividend | | | Sell All | 2/2 | J | A | |
| 24. Varian Medical Systems, Inc. - Common Stock | | | | | Sell All | 5/2 | J | B | |
| 25. BASFAGADAR - Common Stock | | | | | Sell All | 2/2 | J | A | |
| 26. Aqua America, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 27. Dell, Inc. - Common Stock | | | | | Sell All | 1/5 | J | | |
| 28. Exelon Corporation - Common Stock | A | Dividend | J | T | | | | | |
| 29. I Shares Lehman 13 yrs. Trs Bd | B | Interest | | | Sell All | 8/9 | K | | |
| 30. U.S. Treasury 1.875% 12/31/05 | A | Interest | | | | | | | |
| 31. American Int'l Group, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 32. Amgen, Inc. - Common Stock | | | | | Buy | 1/10 | K | | |
| 33. Amgen, Inc. - Common Stock | | | | | Sell All | 12/13 | J | | |
| 34. Caterpillar, Inc. - Common Stock | A | Dividend | | | Buy | 1/10 | K | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)   Q =Appraisal   V =Other   S =Assessment
   U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Caterpillar, Inc. - Common Stock | | | | | Sell All | 11/20 | K | A | |
| 36. Dril-Quip, Inc. - Common Stock | | | K | T | Buy | 1/15 | K | | |
| 37. Dril-Quip, Inc. - Common Stock | | | | | Split | 10/5 | | | |
| 38. PT Telekomunikasi Indonesia ADR - Common Stock | A | Dividend | K | T | Buy | 1/5 | K | | |
| 39. Vodafone Group, Inc. - Common Stock | A | Dividend | | | | | | | |
| 40. FHLB Deb. 5.100% 3/6/08 | B | Interest | K | T | Buy | 3/27 | K | | |
| 41. FHLB Deb. 5.250% 3/2/09 | B | Interest | K | T | Buy | 3/27 | K | | |
| 42. Pepsico, Inc. - Common Stock | A | Dividend | J | T | Buy | 7/31 | J | | |
| 43. Baker Hughes, Inc. - Common Stock | A | Dividend | | | Buy | 8/9 | K | | |
| 44. Baker Hughes, Inc. - Common Stock | | | | | Sell All | 12/13 | K | | |
| 45. U.S. Treasury Note 4.625% 8/31/11 | | | K | T | Buy | 8/11 | K | | |
| 46. U.S. Treasury Note 4.875% 8/15/09 | | | L | T | Buy | 8/30 | K | | |
| 47. Cincinnati Police Credit Union | A | Interest | K | T | | | | | |
| 48. Public Employees Deferred Comp. #1 | D | Dividend | L | T | | | | | |
| 49. Public Employees Deferred Comp. #2 | F | Dividend | O | T | | | | | |
| 50. Public Employees Deferred Comp. #3 | E | Dividend | M | T | | | | | |
| 51. U.S. Bank IRA I | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Prime Oblication Fund Class I | A | Interest | J | T | | | | | |
| 53. Walgreen Company - Common Stock | A | Dividend | J | T | | | | | |
| 54. Pfizer, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 55. Dell, Inc. - Common Stock | | | | | Sell All | 1/30 | J | A | |
| 56. Astrazeneca PLC - Common Stock | A | Dividend | J | T | Buy | 1/30 | J | | |
| 57. U.S. Bank IRA II | | | | | | | | | |
| 58. First American Prime Obligation Fund | A | Interest | J | T | | | | | |
| 59. Walgreen Company - Common Stock | A | Dividend | J | T | | | | | |
| 60. FPL Group, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 61. Proctor & Gamble - Common Stock | A | Dividend | J | T | | | | | |
| 62. U.S. Bank IRA III | | | | | | | | | |
| 63. Pfizer, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 64. Lowe's Cos, Inc. - Common Stock | A | Dividend | | | Split | 7/3 | | | |
| 65. Lowe's Cos, Inc. - Common Stock | | | | | Sell All | 7/21 | K | C | |
| 66. First American Prime Obligation Fund | A | Interest | K | T | | | | | |
| 67. I Shares GS$ Investop Corporate Bond | A | Interest | J | T | Name Change | 11/1 | | | |
| 68. Varian Medical Sys., Inc. - Common Stock | | | | | Sell All | 5/2 | J | C | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes          P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)             Q =Appraisal              V =Other                   S =Assessment
                               U =Book Value                                        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | .04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Paccar, Inc. - Common Stock | A | Dividend | | | Sell All | 1/30 | J | A | |
| 70. BASFAGADR - Common Stock | | | | | Sell All | 1/30 | J | A | |
| 71. I Shares Lehman 13 yrs. Trs Bd | A | Interest | | | Sell All | 8/9 | K | | |
| 72. Infosys Technologies - Common Stock | A | Dividend | K | T | Buy | 1/30 | K | | |
| 73. Infosys Technologies - Common Stock | | | | | Split | 7/17 | | | |
| 74. FPL Group, Inc. - Common Stock | A | Dividend | J | T | Buy | 6/2 | J | | |
| 75. Loews Corp. - Common Stock | A | Dividend | K | T | Buy | 8/23 | K | | |
| 76. Apple Computer, Inc. | | | K | T | Buy | 10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Items 2 through 46 are the U.S. Bank Portfolio

NOTE - on the 2005 Financial Disclosure Form two errors occurred:
(1) Item 39 is a duplicate of Item 7
(2) Item 27 incorrectly listed "J Shares MSCI Mexico". This should be "I shares MSCI Mexico"

Items 27, 29, 33, 44 & 71 sold at losses

Item 30 reflects interest received in 2006 although the note matured on 12/31/05

Item 39 reflects dividend received after sale of the stock on 12/16/05 as shown on my 2005 Financial Disclosure Report (Line 22)

Items 52 through 56 are U.S. Bank IRA I

Items 58 through 61 are U.S. Bank IRA II

Items 63 through 76 are U.S. Bank IRA III

Item 67 New Name I Shares Iboxx & Investment Grade Corp. Bond Fund LQD

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/24/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _____ 4/24/07 _____

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544